[No. 38265-9-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY R. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-01166-3, Linda Lau, J., entered March 11, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 38371-0-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK BRIAN NOBLE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00989-6, Thomas J. Wynne, J., entered March 27, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 38382-5-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DANTE JAMES POLLARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-07976-0, Anthony P. Wartnik, J., entered March 20, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 38419-8-I.    Division One.    June 9, 1997.]

STUART E. SALOT, ET AL., *Appellants*, v. DEER HARBOR BOAT WORKS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for San Juan County, No. 95-2-05013-2, Joan H. McPherson, J., entered February 23, 1996. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Agid, JJ.